IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03217-AP

Michael Robertson,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,[1]
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Joseph A. Whitcompb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Boulevard, Suite 705
Denver, Colorado 80204
303-534-1954
303-534-1949 (facsimile)
Joe@RMDLG.com

For Defendant:

| | |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1001 Seventeenth Street |
| District of Colorado | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

---

[1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed: December 10, 2012**

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office: March 1, 2013**

    **C.**    **Date Answer and Administrative Record Were Filed: April 25, 2013**

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.  OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court. This case is not on appeal from a decision issued on remand from this Court.

**8.  BRIEFING SCHEDULE**

Counsel for both parties conferred and request the following briefing schedule, which is outside of the standard time frame, due to Defendant's case load:

    **A.**    **Plaintiff's Opening Brief Due: July 5, 2013**

    **B.**    **Defendant's Response Brief Due: August 4, 2013**

    **C.**    **Plaintiff's Reply Brief (If Any) Due: August 19, 2013**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A.     **Plaintiff's Statement: Plaintiff does not request oral argument.**

B.     **Defendant's Statement: Defendant does not request oral argument.**

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

### *Indicate below the parties' consent choice.*

A.     **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 16th day of  May, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Joseph A. Whitcomb
By: Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
303-534-1954
joe@RMDLG.com

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1001 17th Street, 6th Floor
Denver, CO 80202
303-844-0815
stephanie.kiley@ssa.gov