**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03217-MSK

MICHAEL S. ROBERTSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the OPINION and ORDER of Chief Judge Marcia S. Krieger entered on January 28, 2014 it is

    ORDERED that the decision of the Administrative Law Judge is affirmed and, accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Michael S. Robertson.  It is further

    ORDERED that costs are awarded to the defendant upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 28th day of January, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk